UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 041-14015-CR-GRAHAM

UNITED STATES OF AMERICA

       Plaintiff,

  vs.

**ERIC DEJUAN PRESTON,**

       Defendant.

_____

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE

    **THIS CAUSE** came before the Court upon the Petition for Violation of Supervised Release filed on September 24, 2018.

    Magistrate Judge Shaniek N. Maynard held a Evidentiary Hearing was held on November 9, 2018 and a Report and Recommendation was filed recommending that Defendant's term of supervised release be revoked. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

    **ORDERED AND ADJUDGED** that Magistrate Judge Maynard's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of November, 2018.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Amanda Maghan, USPO
        Panayotta Augustin-Birch, AFPD
        Diana Acosta, USPO